UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIE LEE WILSON** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **DNC SERVICES CORPORATION**, <br><br> Defendant. | Case No. 1:17-cv-00730 (TNM) |

## ORDER

Upon consideration of the Defendant's motion for summary judgment, the pleadings, relevant law, related legal memoranda in opposition and support, and the entire records, for the reasons set forth in the accompanying Memorandum Opinion it is hereby

**ORDERED** that the Defendant's Motion for Summary Judgment is GRANTED.

**SO ORDERED**.

The Clerk of the Court is directed to close the case. This is a final, appealable Order.

Dated: September 27, 2019                                         TREVOR N. McFADDEN, U.S.D.J.