# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 19-7137** | **September Term, 2020** |
| | 1:17-cv-00730-TNM |
| | Filed On: December 31, 2020 [1877981] |

Willie Lee Wilson and Willie Wilson 2016,

    Appellants

  v.

DNC Services Corporation, doing business
as Democratic National Committee,

    Appellee

## M A N D A T E

In accordance with the judgment of November 23, 2020, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                       **FOR THE COURT:**
                                                       Mark J. Langer, Clerk

                            BY:    /s/
                                            Daniel J. Reidy
                                            Deputy Clerk

Link to the judgment filed November 23, 2020